**In the Interest of A.B., A.B., A.B., M.B., and A.M.**

**Juvenile Officer, Respondent,**

v.

**M.B. (Natural Mother), Appellant.**

**No. WD 74713.**

Missouri Court of Appeals, Western District.

Aug. 28, 2012.

Lori L. Stipp, Kansas City, MO, for Respondent.

Ellen D. Jervis and Jennifer Eng, Kansas City, MO, for Appellant.

Kelle Gilmore, Kansas City, MO, Guardian ad litem.

Before Division II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

M.B.[1] appeals the Circuit Court of Jackson County, Family Court Division's judgment terminating M.B.'s parental rights to her five children. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).

---

1. In order to protect the identity of the minor children involved in this proceeding, we have utilized the initials of the children in the caption of the case and likewise reference the children's mother by her initials in this *per curiam* order.